**STATE v. MOORE**

[352 N.C. 667 (2000)]

STATE OF NORTH CAROLINA v. BLANCHE KISER TAYLOR MOORE

No. 556A90-3

(Filed 6 October 2000)

On writ of certiorari pursuant to N.C.G.S. § 7A-32(b) to review the 11 February 1998 "Memorandum Opinion and Order" of Wood, J., in Superior Court, Forsyth County, denying defendant's motion for appropriate relief. Heard in the Supreme Court 18 April 2000.

*Michael F. Easley, Attorney General, by Barry S. McNeill, Special Deputy Attorney General, for the State.*

*William W. Taylor, III; Blair G. Brown; Norman L. Eisen; Cynthia Adcock for defendant-appellant.*

PER CURIAM.

WRIT OF CERTIORARI IMPROVIDENTLY ALLOWED.

Justice FREEMAN did not participate in the consideration or decision of this case.